IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 13-mj-1048 |
| | ) | |
| JAMACIA RODGERS | ) | |

## ORDER

Upon oral motion of the defendant, and over the objection from the Government, the detention hearing convened on July 22, 2013, is continued to **11:00 a.m., Monday, August 5, 2013.**

Defendant shall remain in the custody of the Attorney General or his authorized representative pending the hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge